IN THE UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSEPH L. RAINEY, | : |
| | : |
|     Petitioner | : |
| | : |
| v. | :     CIVIL NO. 4:CV-16-2288 |
| | : |
| WARDEN SPAULDING, | :     (Judge Brann) |
| | : |
|     Respondent | : |

## **ORDER**

November 18, 2016

In accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED THAT**:

1. Rainey's habeas corpus petition is **DISMISSED WITHOUT PREJUDICE**.

2. Petitioner, if he so chooses, may seek authorization from the United States Court of Appeals for the Eighth Circuit for leave to file a second or successive § 2255 petition.

3. The Clerk of Court is directed to **CLOSE** this case.

4. Based on the Court's conclusion herein, there is no basis for the issuance of a certificate of appealability.

BY THE COURT:

  s/ Matthew W. Brann
Matthew W. Brann
United States District Judge